Hal Taylor, Esq.
Of Counsel, Olinsky Law Group
NV Bar No.: 4399
2551 West Lakeridge Shores
Reno, NV 89519
Tel: (775) 825-2223
Fax: (775) 329-1113
Email: HalTaylorLawyer@gbis.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATHERINE FERRARO, | )<br>) |
| Plaintiff, | ) CASE NO.<br>) 2:23-cv-00575-ART-BNW |
| v. | )<br>) **SECOND UNOPPOSED MOTION** |
| | ) **FOR EXTENSION OF TIME TO FILE** |
| KILOLO KIJAKAZI, ACTING | ) **PLAINTIFF'S BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

    Plaintiff, Catherine Ferraro by her attorney, moves for an additional thirty (30) day extension of time to file Plaintiff's opening brief by October 12, 2023. Plaintiff's opening brief is currently due to be filed September 15, 2023. This is Plaintiff's second request for an extension in this matter. On July 14, 2023, this court granted Plaintiff's first motion for an extension of time (Dkt. No. 11).

    Counsel requests this extension due to two briefing attorneys leaving Counsel's office within the last few weeks. This has necessitated a complete reorganization and reassignment of the attorney's schedules. Further, Counsel has explored the possibility of reassignment, but is unable to do so due to multiple, simultaneous filing deadlines. Counsel requires additional time to properly and thoroughly prepare Plaintiff's brief. These circumstances do not allow for Plaintiff's Counsel to properly prepare the brief by the current deadline. This request will not

1

cause Defendant any undue hardship. This extension is needed to thoroughly and properly prepare the brief by the current deadline.

Wherefore, Plaintiff requests an extension from September 15, 2023, up to and including October 12, 2023 to file her brief. Counsel for the Plaintiff has conferred with Defendant's Counsel who has no objection to this request.

Dated September 10, 2023

> Respectfully submitted,
>
> */s/Hal Taylor*
> Hal Taylor, Esq.

**Plaintiff's Certificate of Service:**

I certify that I caused the Second Unopposed Motion for Extension of Time to be served today, September 10, 2023, by CMECF to Blaine T. Welsh, Esq., and Oscar Gonzalez, Esq., who are filing users of the CM/ECF system.

> */s/Hal Taylor*
> Hal Taylor

Good cause being found, Plaitniff's second motion to extend time is **GRANTED**. The opening brief shall be filed no later than October 12, 2023.

**IT IS SO ORDERED**

**DATED:** 3:54 pm, September 12, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**